# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Calvin Robinson

Plaintiff

v.

FCI Mc Kenna, et. al.,

Defendants

Case No. Civil 00-2052 MJD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus relief be denied. Petitioner's application to proceed in forma pauperis is denied. This action is dismissed without prjudice.

DATE: February 13, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk